# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Paul Weidman, et al,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Ford Motor Company,<br><br>　　　　　　Defendant. | Case No. 18-cv-12719<br><br>Hon. Gershwin A. Drain<br><br>Magistrate Judge Elizabeth A. Stafford |

## MOTION FOR LEAVE TO WITHDRAW DENNIS A. LIENHARDT AS COUNSEL OF RECORD FOR PLAINTIFFS

Pursuant to L.R. 83.25(b)(2), undersigned counsel respectfully moves for leave to withdraw the appearance of Dennis A. Lienhardt as counsel of record in this and all related matters on behalf of Plaintiffs in the above captioned action. As of January 11, 2019, Mr. Lienhardt will no longer be with The Miller Law Firm, P.C.

No substitution of counsel is necessary as Plaintiffs continue to be represented by other attorneys of record from The Miller Law Firm, P.C.

Dated: January 10, 2019　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Sharon S. Almonrode*_____
　　　　　　　　　　　　　　　　　　Sharon S. Almonrode (P33938)
　　　　　　　　　　　　　　　　　　**THE MILLER LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　950 W. University Dr., Ste. 300
　　　　　　　　　　　　　　　　　　Rochester, MI 48307
　　　　　　　　　　　　　　　　　　Tel: (248) 841-2200
　　　　　　　　　　　　　　　　　　ssa@millerlawpc.com

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that on this 10th day of January, 2019, a copy of the foregoing Motion for Leave to Withdraw Appearance as Counsel was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Michigan, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

/s/ *Sharon S. Almonrode*_____
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
ssa@millerlawpc.com