UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL WEIDMAN, *et al.*,

      Plaintiffs,

v.

FORD MOTOR COMPANY,

      Defendant.
_____/

Case No.: 18-cv-12719
Hon. Gershwin A. Drain

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW [#213]

Presently before the Court is attorney Evan J. Ballan's Motion to Withdraw as counsel for the Plaintiffs. In his motion, Mr. Ballan indicates that he is no longer employed with Lieff Cabraser Heimann & Bernstein, LLP. He further advises that no substitution of counsel is required because Plaintiffs continue to be represented by other attorneys of record, including from Lieff Cabraser Heimann & Bernstein, LLP. Defendant Ford Motor Company has no opposition to Mr. Ballan's present motion. Accordingly, Mr. Ballan's Motion for Leave to Withdraw [#213] is GRANTED.

Dated: January 6, 2023

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 6, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Deputy Clerk