# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL WEIDMAN *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 2:18-CV-12719-GAD-APP <br><br> Honorable Gershwin A. Drain <br><br> Magistrate Anthony P. Patti |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that this case is dismissed in its entirety with prejudice and without any court award of costs or fees to any party.

**IT IS SO ORDERED.**

Dated: July 26, 2024

By: */s/Gershwin A. Drain*
Hon. Gershwin A. Drain
United States District Judge

Dated: July 26, 2024

Respectfully submitted,

By: */s/ Randall W. Edwards (w/consent)*

| | |
|---|---|
| Patrick G. Seyferth (P47575)<br>Stephanie A. Douglas (P70272)<br>BUSH SEYFERTH PLLC<br>100 W. Big Beaver Rd., Suite 400<br>Troy, MI 48084<br>(248) 822-7800<br>seyferth@bsplaw.com<br>douglas@bsplaw.com | Randall W. Edwards (CA 179053)<br>Damali A. Taylor (CA 262489)<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111<br>(415) 984-8700<br>redwards@omm.com<br>dtaylor@omm.com |
| A. Lane Morrison (TX 24122924)<br>BUSH SEYFERTH PLLC<br>5810 Wilson Rd, Suite 125<br>Humble, TX 77396<br>(281) 930-6853<br>morrison@bsplaw.com | Kelsey M. Larson (CA 267982)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA  90071<br>(213) 430-8048<br>klarson@omm.com |

*Attorneys for Defendant Ford Motor Company*

Dated: July 26, 2024

By: */s/ Dennis A. Lienhardt*

| | |
|---|---|
| W. Daniel "Dee" Miles, III<br>H. Clay Barnett, III<br>J. Mitch Williams<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>272Commerce Street<br>Montgomery, Alabama 36104<br>(334) 269-2343<br>dee.miles@beasleyallen.com<br>clay.barnett@beasleyallen.com<br>mitch.williams@beasleyallen.com | E. Powell Miller (P39487)<br>Sharon S. Almonrode (P33938)<br>Dennis A. Lienhardt (P81118)<br>THE MILLER LAW FIRM PC<br>950 West University Drive, Ste. 300<br>Rochester, Michigan 48307<br>(248) 841-2200<br>epm@millerlawpc.com<br>ssa@millerlawpc.com<br>dal@millerlawpc.com |

Adam J. Levitt
John E. Tangren
DICELLO LEVITT LLC
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com

Mark P. Chalos
LIEFF CABRASER HEIMANN
BERNSTEIN, LLP
222 2nd Ave S, Suite 1640
Nashville, Tennessee 37201
(615) 313-9000
mchalos@lchb.com

Annika K. Martin
LIEFF CABRASER HEIMANN
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013
(212) 355-9500
akmartin@lchb.com

*Co-Lead Class Counsel*